UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AINA Z. LAYSON

VERSUS

BAFFIN INVESTMENTS, LTD, ET AL.

CIVIL ACTION NO.

14-518-SDD-SCR

## RULING

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated January 26, 2015. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion to Remand*[4] is DENIED.

Baton Rouge, Louisiana the 10 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 24.
[3] Rec. Doc. 25.
[4] Rec. Doc. 3.